IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Peter Wodarczyk**, | : | **CIVIL ACTION** |
| | : | |
| Plaintiff, | : | **NO. 2:12-cv-3874** |
| | : | |
| v. | : | |
| | : | |
| **Soft Pretzel Franchise Systems, Inc.,** | : | |
| **d/b/a Philly Pretzel Factory; Ted Fine;** | : | |
| **Ron Heil; Gary Nolan** | : | |
| | : | |
| Defendants. | : | |

## ORDER RE DENIAL OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**AND NOW**, this 30th day of September 2013, upon consideration of Defendants' Motion for Summary Judgment (ECF 23) and Plaintiff's Amended Response to the Motion (ECF 33), it is hereby **ORDERED** that Defendants' Motion for Summary Judgment is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 12\12-3874 wodarczyk v. soft pretzel\12cv3874Order Denying Ds SJ Mot - 9.30.13.docx