IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| PETER WODARCZYK<br><br>v.<br><br>SOFT PRETZEL FRANCHISE SYSTEMS, INC., et al. | CIVIL ACTION<br><br>NO. 12-3874 |
|---|---|

FILED
DEC - 6 2013
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## JUDGMENT

**AND NOW**, this 5th day of December, 2013, judgment is entered in **FAVOR** of plaintiff, **PETER WODARCZYK**, and **AGAINST** defendants, **SOFT PRETZEL FRANCHISE SYSTEMS, INC.** and **TED FINE**, in the amount of $40,000 based on jury verdict.

BY THE COURT:

MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 12\12-3874 WODARCZYK V. SOFT PRETZEL\12CV3874.JUDGMENT.DOCX