# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PETER WODARCZYK<br><br>v.<br><br>**SOFT PRETZEL FRANCHISE**<br>**SYSTEMS, INC., et al.** | CIVIL ACTION<br><br>NO.   12-3874 |

**FILED**

DEC – 6 2013

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## JUDGMENT

**AND NOW**, this 5th day of December, 2013, judgment is entered in **FAVOR** of plaintiff,

**PETER WODARCZYK** , and **AGAINST** defendants, **SOFT PRETZEL FRANCHISE**

**SYSTEMS, INC.** and **TED FINE**, in the amount of $40,000 based on jury verdict.

BY THE COURT:

MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 12\12-3874 WODARCZYK V. SOFT PRETZEL\12CV3874.JUDGMENT.DOCX