IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Peter Wodarczyk | : |
| | : Civil Action No. 2:12-cv-3874 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| Soft Pretzel Franchise Systems, Inc. d/b/a Philly Pretzel Factory, et al. | : |
| | : |
| Defendants | : |

## Plaintiff's Voluntary Withdrawal of Motion and Application for Award of Attorney's Fees

Plaintiff Peter Wodarczyk, by his attorneys, Astor, Weiss Kaplan & Mandel, LLP, files this Plaintiff's Voluntary Withdrawal of Motion and Application for Award of Attorney's Fees because the parties agreed on the amount of attorney's fees that Defendants would be required to pay in connection with Plaintiff's Motion and Application for Award of Attorney's Fees; and Defendants have paid that amount in full.

ASTOR WEISS KAPLAN & MANDEL, LLP

BY: __/s/wmm_____
WILLIAM M. MULLINEAUX
Attorneys for Plaintiff
Attorney ID Nos: 40964
The Bellevue, 6th Floor
200 South Broad Street
Philadelphia, PA 19102
(215) 790-0100

## Certificate of Service

I, William M. Mullineaux, Esquire, hereby certify that on July 26, 2013, a copy of the foregoing Plaintiff's Voluntary Withdrawal of Motion and Application for Award of Attorney's Fees was filed electronically with the Clerk of the Court and was served via the Court's CM/ECF System which will automatically provide electronic notice of the filing upon all counsel of record, including:

>**Kevin Connors**
>Connors Law, LLP
>140 S. Village Ave, Suite 120
>Exton, PA 19341
>Email: kconnors@connorslawllp.com

>ASTOR WEISS KAPLAN & MANDEL, LLP


>BY:__/s/wmm_____
>    WILLIAM M. MULLINEAUX

>200 South Broad Street, Suite 600
>Philadelphia, PA 19102
>(215) 790-0100