## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETER WODARCZYK** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **SOFT PRETZEL FRANCHISE** | : | |
| **SYSTEMS, INC., et al.** | : | **NO. 12-cv-3874** |

## JUDGMENT

**AND NOW**, this _____ day of May, 2014, judgment is hereby

entered in favor of Peter Wodarczyk, and against Soft Pretzel Franchise Systems, Inc.

and Ted Fine, in the amount of $ 4,177.30.

**MICHAEL E. KUNZ**
**CLERK OF COURT**